SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
EDMOND NEAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARATHON INVESTMENTS, LLC;<br>MARATHON INVESTMENTS INC.; and<br>DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-04648-CV-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARATHON INVESTMENTS, LLC** |

**PLEASE TAKE NOTICE** that Plaintiff EDMOND NEAL ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant MARATHON INVESTMENTS, LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary
2  judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  June 13, 2025            SO. CAL. EQUAL ACCESS GROUP

                                 By:   /s/  Jason J. Kim
                                       Jason J. Kim
                                       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**